IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D'ARSEY LAWRENCE BOLTON,

    Petitioner,                      No. CIV S-12-0295 EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                    ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, see 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis.*

    A petitioner seeking a writ of habeas corpus must also name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondent

////

1  People of the State of California, who does not have custody over petitioner. Petitioner has not
2  named the proper respondent.
3       Accordingly, it is ORDERED that:
4       1. Within 30 days from the day this order is served, petitioner may submit either the
5  filing fee or the application required by section 1915(a).  Petitioner's failure to comply with this
6  order will result in a recommendation that this action be dismissed.  The Clerk of the Court is
7  directed to mail to petitioner a form application for leave to proceed *in forma pauperis*; and
8       2. The February 3, 2012, petition is dismissed with leave to file an amended petition
9  naming the proper respondent within 30 days of the date of this order.  Petitioner's failure to file
10 an amended petition will result in a recommendation that this action be dismissed without
11 prejudice.  The Clerk of the Court is directed to also send to petitioner the form Petition for a
12 Writ of Habeas Corpus used in this court.
13 DATED: March 14, 2012.

           _____
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE